GRAND FORKS NAT. BANK et al. v. RHOMBERG. (Circuit Court of Appeals, Eighth Circuit. May 10, 1900.) No. 1,351. In Error to the Circuit Court of the United States for the District of North Dakota. Burke Corbet and Charles J. Murphy, for plaintiffs in error. J. M. Cochrane and Guy C. H. Corliss, for defendant in error. Dismissed, with costs, per stipulation.

GREGORY v. MERCHANTS' NAT. BANK OF BOSTON. (Circuit Court of Appeals, First Circuit. October 23, 1896.) No. 184. An application by the appellant to PUTNAM, Circuit Judge, for the allowance of an appeal to the supreme court from the decree entered on October 23, 1896 (33 U. S. App. 703, 22 C. C. A. 483, 76 Fed. 683), was denied. Francis A. Brooks, for appellant.

HALEY v. ILES et al. (Circuit Court of Appeals, Eighth Circuit. May 16, 1900.) No. 1,374. In Error to the Circuit Court of the United States for the District of Colorado. W. T. Hughes, for plaintiff in error. Henry T. Sale, for defendants in error.

PER CURIAM. Cause remanded to circuit court, with directions to vacate the order sustaining the general demurrer, and to strike the said complaint from the files, without prejudice, and to permit the plaintiff to file a proper complaint under the provisions of the Colorado Code within 30 days from the date of such order in the circuit court, etc.

HITCHCOCK et al. v. NORTHWESTERN MUT. LIFE INS. CO. (Circuit Court of Appeals, Eighth Circuit. May 14, 1900.) No. 1,358. Appeal from the Circuit Court of the United States for the District of Nebraska. J. H. McCulloch, for appellants. Howard Kennedy, Jr., for appellee. No opinion. Affirmed, with costs.

HITCHCOCK v. NORTHWESTERN MUT. LIFE INS. CO. (Circuit Court of Appeals, Eighth Circuit. May 22, 1900.) No. 1,385. Appeal from the Circuit Court of the United States for the District of Nebraska. J. H. McCulloch, for appellant. John C. Wharton and William Baird, for appellee. No opinion. Affirmed, with costs.

J. B. McFARLAN CARRIAGE CO. v. SOLENAS. (Circuit Court of Appeals, Fifth Circuit. May 7, 1900.) No. 932. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. Chas. S. Rice and R. B. Montgomery, for appellant. R. L. Tullis, for appellee. Appeal dismissed, without prejudice, on motion of appellant.

JOHNSON v. CLEVELAND, P. & E. R. CO. (Circuit Court of Appeals, Sixth Circuit. June 11, 1900.) No. 794. In Error to the Circuit Court of the United States for the Northern District of Ohio. L. A. Russell, for plaintiff in error. Ford, Henry, Baldwin & McGraw, for defendant in error. No opinion. Judgment of circuit court affirmed.

JONES v. MERCHANTS' NAT. BANK OF BOSTON. (Circuit Court of Appeals, First Circuit. October 23, 1896.) No. 181. An application by the appel-